■ In the Matter of ROBERT CAPOBIANCO, Appellant, v NEW YORK CITY BOARD OF EDUCATION et al., Respondents. [598 NYS2d 960] —Appeals by the petitioner from a judgment of the Supreme Court, Kings County (Jackson, J.), dated November 26, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Jackson at the Supreme Court. Bracken, J. P., Miller, Lawrence, Copertino and Santucci, JJ., concur.